

**NUMBER 13-18-00614-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ELOY HERACLIO ALCALA,**                                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Order Per Curiam**

This cause is currently before the Court on appellant's second motion for extension of time to file the brief. The reporter's record was filed on May 6, 2019, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). Appellant's first motion for extension of time to file the brief was granted in part and denied

in part. The Court denied a 120-day extension and granted a 90-day extension of time to file the brief. Appellant now seeks an additional 90 days, until November 3, 2019, to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before November 3, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of September, 2019.